# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT B. GOLDEN, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-11-273-M |
| POTTAWATOMIE COUNTY SAFETY CENTER, | ) |
| Respondent. | ) |

## ORDER

On May 25, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that this action be dismissed without prejudice. The parties were advised of their right to object to the Report and Recommendation by June 13, 2011. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 25, 2011, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 1st day of July, 2011.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE